DAVIS AIRCRAFT PRODUCTS CO., INC., Respondent-Appellant, v. BANKERS TRUST COMPANY, Appellant-Respondent.—

706

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and Kupferman, JJ.